(137 So. 45)

## J. N. LIVINGS et al. v. J. E. BARNES.

### 4 Div. 581.

Supreme Court of Alabama.
Oct. 15, 1931.

Powell, Albritton & Albritton, of Andalusia, for petitioners.

E. O. Baldwin, of Andalusia, for respondent.

PER CURIAM.

Petition of J. N. Livings and another for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Livings et al. v. Barnes, 137 So. 44.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and FOSTER, JJ., concur.